UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
-004

U.S. Marshal

UNITED STATES OF AMERICA )
      Plaintiff ) Case Number: CR __00-7082-BSS__
           ) REPORT COMMENCING CRIMINAL
  -vs-      ) ACTION
           )
__DAVIS UTTERBACK BETHEL__ )
     Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office MIAMI (**FT. LAUDERDALE**) W. PALM BEACH
   U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
   MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __4-17-00__ am/pm

(2) Language Spoken: __ENGLISH__

(3) Offense(s) Charged: __CONSP/COUNTERFEIT__

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: __10-28-1981__

(6) Type of Charging Document: (check one)
  [ ] Indictment  [ ] Complaint To be filed/Already filed
  Case# _____

  [ ] Bench Warrant for Failure to Appear
  [ ] Probation Violation Warrant
  [ ] Parole Violation Warrant

  Originating District: _____

  COPY OF WARRANT LEFT WITH BOOKING OFFICER ( )YES ( )NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____

