DEFT: David Bethel (J)#          CASE NO: 00-4082-BSS

AUSA: Robin Rosenbaum _present_    ATTNY: Norman Moskowitz

AGENT: _____          VIOL: _____ Counterfeiting

PROCEEDING: Initial Appearance    BOND REC: _____ 50,000 PSB

BOND HEARING HELD ( yes/no )      COUNSEL APPOINTED:

___ BOND SET @        $ 50,000 PSB    [FILED by] D.C.

CO-SIGNATURES: _____ _presents'_    APR 1 7 2000

SPECIAL CONDITIONS: _____        CLARENCE MADDOX
                                    CLERK U.S. DIST. CT.
                                    S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.    _own passport_
                                   _by himself_
3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed (at ___ x's a       Δ-advised of charges.
   week/month by phone; ___ x's a week/month   (will hire
   in person.                                  Moskowitz but
5) Random urine testing by Pretrial Services.   not today)
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to: SD/PR —travel for a week but must
                                         inform PTS
12) ___ Halfway House

___ Electronic Monitoring

_Reside at own_
_address No illegal_       Δ-waives timely prelim/
_drugs or_                    arraign
_alcohol_

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL:  6-30-00    11:00am    LSS

STATUS CONFERENCE: _____

DATE: 4-17-00    TIME: 11:00am    TAPE # 00- 029    PG # 15
                                           1518-1830
                                    Recalled
                                       1850-2310