# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: DAVIS BETHEL (B) *no appearance* CASE NO: 00-4082-BSS
AUSA: Robin Rosenbaum *by Kathleen Rice* ATTNY: Norman Moskowitz *no appearance*
AGENT: _____ VIOL: _____
PROCEEDING: Prelim/Arraignment   BOND REC: _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

FILED by ___ D.C.
JUL 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
     ____ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: July 31, 2000 @ 11:00 a.m.
STATUS CONFERENCE: _____

DATE: July 28, 2000   TIME: 11:00 A.M.   TAPE #   PG #