DEFT: DAVIS BETHEL (B)        CASE NO: 00-4082-BSS
AUSA: Robin Rosenbaum *present*    ATTNY: Norman Moskowitz *present*
AGENT: _____        VIOL: _____
PROCEEDING: Prelim/Arraignment    BOND REC: _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

No indictment filed yet.
△ - Will waive timely prelim/arraign
Reset to 9-1-00

Oral motion to travel - Granted (Chicago)

Oral motion to modify bond to enlarge travel to state of FL - Granted

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 9-1-00   11:00am   BSS
STATUS CONFERENCE: ___

DATE: 7-31-00   TIME: 11:00am   TAPE # 00-061 PG # 4
1776 - 1945