UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-4082-BSS__

UNITED STATES OF AMERICA

v.

Davis Bethel

RECEIVED & FILED IN OPEN COURT
ON __7-31-00__ A
_____ . FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely
preliminary hearing or examination as to probable cause, and the
defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary
Examination.

DATED: __7-31-00__    X _____
                            DEFENDANT

MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised
of the right to a preliminary examination within __20__ days from the
defendant's initial appearance has stated he/she refused and waived such
timely preliminary examination and signed the foregoing Waiver of
Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the
above-entitled matter is refused and waived, and the ~~defendant is bound
over for proceedings in the U.S. District Court~~. Matter is re-set for
Sep. 1, 2000 at 11am.

DATED: __7-31-00__    _____
                      BARRY S. SELTZER
                      UNITED STATES MAGISTRATE JUDGE