**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-4082-BSS

UNITED STATES OF AMERICA,

v.

DAVIS BETHEL,

Defendant.
_____/

**NOTICE OF UNAVAILABILITY**

Counsel for Davis Bethel, Norman A. Moscowitz, will be out of the District from August 11-27, 2000, on a pre-paid family vacation and requests that the Court not schedule any hearings during this time period.

Respectfully submitted,

MOSCOWITZ STARKMAN
& MAGOLNICK
100 S.E. Second Street, Suite 3700
Miami, FL 33131
Telephone: (305) 379-8300
Facsimile: (305) 379-4404

Dated: August 2, 2000        By: _____
NORMAN A. MOSCOWITZ
Florida Bar No. 0765643



Case No 00-4082-BSS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Unavailability was served by U.S. Mail on this 2nd day of August, 2000 to AUSA Robin S. Rosenbaum, Assistant U.S. Attorney, United States Department of Justice, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 3394 and Gavin B. Churchill, United States Pre Trial Officer, United States District Court, 299 East Broward Blvd., Suite 301, Ft. Lauderdale, Florida 33301.

By: /s/ Norman A. Moscowitz
NORMAN A. MOSCOWITZ
Florida Bar No. 0765643