## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4082-BSS

UNITED STATES OF AMERICA,

v.

DAVIS BETHEL,

Defendant.
_____/

### AGREED MOTION TO AMEND CONDITIONS OF BOND

The Defendant, Davis Bethel, by and through undersigned counsel, respectfully moves the Court to amend the terms and conditions of his bond, as already ordered by the Court at a hearing on July 31, 2000, and, with regard to an additional condition, since agreed to by the Government and Pre-Trial Services. In support of this Motion the Defendant states, as follows:

1. On April 17, 2000, the Court, by Magistrate Judge Seltzer, released the Defendant on a $50,000 personal surety bond, co-signed by his parents. The bond restricted travel to the Southern District of Florida, except on prior notice to Pre-Trial Services.

2. At a hearing before the Court on July 31, 2000, the Defendant moved the Court to amend the bond to permit travel throughout the State of Florida. The reason for the amendment is that the Defendant will be attending Florida State University in Tallahassee, beginning August 19, 2000. With the agreement of the Government, the Court ordered this change in the bond's travel conditions.

3. The Defendant's Pre-Trial Services Officer, Gavin Churchill, has agreed to continue supervision of the Defendant while he is at FSU. Reporting would continue by telephone and



Case No 00-4082-BSS

mail and, in person, whenever the Defendant returns home from school. The Government agrees to have Pre-Trial Services in Fort Lauderdale continue supervision.

WHEREFORE, the Defendant respectfully requests that this Motion be Granted.

Respectfully submitted,

MOSCOWITZ STARKMAN
& MAGOLNICK
100 S.E. Second Street, Suite 3700
Miami, FL 33131
Telephone: (305) 379-8300
Facsimile: (305) 379-4404

Dated: August 9, 2000            By: _____
NORMAN A. MOSCOWITZ
Florida Bar No. 0765643

Case No.00-4082-BSS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by U.S. Mail on this 9nd day of <u>August</u>, 2000 to AUSA Robin S. Rosenbaum, Assistant U.S. Attorney, United States Department of Justice, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 3394 and Gavin B. Churchill, United States Pre Trial Officer, United States District Court, 299 East Broward Blvd., Suite 301, Ft. Lauderdale, Florida 33301.

By: *Norman A. Moscowitz*
NORMAN A. MOSCOWITZ
Florida Bar No. 0765643