UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4082-BSS

UNITED STATES OF AMERICA,

v.

DAVIS BETHEL,

Defendant.

_____/

## AGREED ORDER TO AMEND CONDITIONS OF BOND

At a hearing before the Court on July 31, 2000, the Defendant, with the agreement of the Government, moved to amend the conditions of his bond to permit travel throughout the State of Florida. The reason for this change is that he will be attending FSU in Tallahassee. The Court agreed to this amendment at the hearing. The Defendant has further moved to have supervision continued by Pre-Trial Services in Fort Lauderdale, rather than having supervision transferred to Pre-Trial Services in Tallahassee. Pre-Trial Services in Fort Lauderdale agrees to continue supervision and the Government has no objection. Accordingly, the Defendant's Motion is

HEREBY GRANTED. The terms and conditions of his bond are amended to permit travel throughout the State of Florida. The Pre-Trial Services Office in Fort Lauderdale, Florida, will continue to supervise his release, on whatever reasonable reporting conditions it deems appropriate. All other terms and conditions of the bond remain the same.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this _____ day of August, 2000.

Barry S. Seltzer
United States Magistrate Judge

cc: Robin Rosenbaum, AUSA
Gavin Churchill, Pre-Trial Services
Norman A. Moscowitz, Esq.