

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No **00-6337**

18 U.S.C. §491(b)

**CR-FERGUSON**

**MAGISTRATE JUDGE**
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| DAVIS BETHEL, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

From in or about February, 2000, through in or about April, 2000, the exact dates being unknown to the United States Attorney, at Broward County, in the Southern District of Florida, the defendant,

### DAVIS BETHEL,

knowingly and willfully manufactured and sold paper similar in size and shape to lawful currency of the United States, that is, five-, ten-, and twenty-dollar Federal Reserve notes, with knowledge and reason to believe that such paper was intended to be used unlawfully and fraudulently to procure



things of value, in violation of Title 18, United States Code, Section 491(b).

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____2000R02209_____ |
|---|---|
| V. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| <u>DAVIS BETHEL</u> | *Superseding Case Information*: |

**Court Division:** (Select One)

New Defendant(s)　Yes ___　No ___
Number of New Defendants ___
Total number of counts ___

___ Miami　___ Key West
_X_ FTL　___ WPB　___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No) <u>No</u>
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　　　　　(Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | _X_ |
   | IV | 21 to 60 days | ___ | Felony | ___ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) <u>No</u>
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) <u>Yes</u>
   If yes:
   Magistrate Case No. <u>00-4082-BSS</u>
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____　District of _____

   Is this a potential death penalty case? (Yes or No) <u>No</u>

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?　___ Yes　_X_ No　If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?　Yes _X_ No

*Robin S. Rosenbaum*
Robin S. Rosenbaum
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　REV 6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant Name: __Davis Bethel__   Case No.: _____

================================   ==========================================

*Count #I:*

Counterfeiting – 18 U.S.C. 491(b)

**Max. Penalty:** 1 year's imprisonment; $100,000 fine

Count #

**Max. Penalty:**

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.