SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ DEC 2 _____
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6337-CR-WDF

DEFENDANT  Davis Bethel

JUDGE    WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER

DATE  December 27, 2000

Court Reporter  Paul Haferling

USPO _____

AUSA  Katrin Rosenbaum

Deft's Counsel  Norman Moscowitz

COUNTS DISMISSED  All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  |  |  |

Right to appeal

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
|  | 2 |  | one |

Comments  see PSI for details

Assessment $ 125.00                Fine $ 4,000.00
Restitution /Other $ 520.00

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal
_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

16