# United States District Court

## Southern District of Florida

FILED DEC 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA
v.
**DAVIS U. BETHER, (J)**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:  **0:00CR06337-001**

Robin Rosenbaum, AUSA / Norman Moscowitz, Esq
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One of the Information**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 491(b) | Knowingly and willfully manufacturing and selling paper similar in size and shap to lawful currency of the U.S., that is, counterfeit U.S. Federal Reserve notes. | 04/30/2000 | 1 |

SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE
2001 JAN -3 PM 3:21
RECEIVED UNITED STATES

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) **N/A**

☒ Count(s) **All Others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **10/28/1981**
Defendant's USM No.: **55275-004**
Defendant's Residence Address:
**11790 S.W. 2nd Street**

**Plantation**  **FL**  **33325**

Defendant's Mailing Address:
**11790 S.W. 2nd Street**

**Plantation**  **FL**  **33325**

**12/27/2000**
Date of Imposition of Judgment

*/s/ signature/*
Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

**12/31/00**
Date

18



FILED
'01 JAN -4 A9:59
CLARK...



No further action required by
U.S. Marshals Service.

_[signature]_
U.S. STATES MARSHAL

SDUSM
Ed Ruiz n45