**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-CR-6337-FERGUSON

UNITED STATES OF AMERICA,

v.

DAVIS BETHEL,

Defendant.
_____/

## DEFENDANT'S MOTION TO EXONERATE SURETIES ON BOND

The Defendant, Davis Bethel, by and through undersigned counsel, respectfully moves pursuant to Fed.R.Crim.P. 46(f), for the entry of an order exonerating the Defendant and the sureties on Defendant's bond, all conditions of the bond having been satisfied. In support of this Motion the Defendant states, as follows:

1. On April 17, 2000, the Court, by Magistrate Judge Seltzer, released the Defendant on a $50,000 personal surety bond, co-signed by his parents, Susan and Mark Bethel, as sureties.

2. On December 27, 2000, the Defendant was sentenced by the Court to a term of probation, the payment of a fine, and fulfillment of a number of other conditions. ( A copy of the Judgment is attached hereto.)

3. Defendant fully complied with all terms and conditions of his bond. Now that he has been sentenced and placed on probation, the requirements of the bond have been fully satisfied. Accordingly, the Defendant respectfully requests that the Court find that the conditions of the bond have been satisfied and that the Defendant and his sureties, Susan Bethel and Mark Bethel, be exonerated and released from any obligations under and pursuant to the bond.



Case No.00-CR-6337-FERGUSON

WHEREFORE, the Defendant respectfully requests that this Motion be Granted.

Respectfully submitted,

MOSCOWITZ STARKMAN
& MAGOLNICK
100 S.E. Second Street, Suite 3700
Miami, FL 33131
Telephone: (305) 379-8300
Facsimile: (305) 379-4404

Dated: January 9, 2001

By: _____
NORMAN A. MOSCOWITZ
Florida Bar No. 0765643

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by U.S. Mail on this 9nd day of January, 2001 to AUSA Robin S. Rosenbaum, Assistant U.S. Attorney, United States Department of Justice, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 3394.

_____
NORMAN A. MOSCOWITZ