**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-CR-6337-FERGUSON

UNITED STATES OF AMERICA,

v.

DAVIS BETHEL,

Defendant.
_____/

## ORDER EXONERATING SURETIES ON BOND

The Defendant having moved for an order exonerating him and his sureties, Susan Bethel and Mark Bethel, from any further obligations and liabilities under the bond under which he was released on April 17, 2000, and the Court having determined that the Defendant fully satisfied all terms and conditions of the bond and the Court otherwise being advised in the premises, HEREBY ORDERS and ADJUDGES that the Defendant's Motion is

GRANTED. The Defendant and his sureties, Susan Bethel and Mark Bethel, are released and exonerated from any further obligations and liabilities under and pursuant to the bond.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 20th day of January, 2001.

WILKIE D. FERGUSON, JR.
United States District Judge

cc: Robin Rosenbaum, AUSA
    Norman A. Moscowitz, Esq.